# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: November 03, 2015

Mr. Daniel P. Feinberg
Law Offices
30200 Telegraph Road
Suite 467
Bingham Farms, MI 48010-3025

Mr. Robert G. Kamenec
Plunkett Cooney
38505 Woodward Avenue
Suite 2000
Bloomfield Hills, MI 48304

Re:  Case No. 15-1911, *Camille Haddad v. Alexander, Zelmanski, Danner*
     Originating Case No. : 2:10-cv-11996

Dear Counsel,

   The Court issued the enclosed (Order/Opinion) today in this case.

                                                Sincerely yours,

                                                s/Laura A. Jones
                                                Case Manager
                                                Direct Dial No. 513-564-7023

cc:  Mr. David J. Weaver

Enclosure

No mandate to issue

Case No. 15-1911

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

CAMILLE HADDAD

    Plaintiff - Appellee

v.

ALEXANDER, ZELMANSKI, DANNER & FIORITTO, PLLC

    Defendant - Appellant

   Upon consideration of the stipulation of the parties to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

   It is **ORDERED** that the motion is **GRANTED** and the appeal is dismissed.

                                **ENTERED PURSUANT TO RULE 45(a),
                                RULES OF THE SIXTH CIRCUIT**
                                Deborah S. Hunt, Clerk

Issued: November 03, 2015